EDWARD RATAJCZAK, RESPONDENT, v. BOARD OF EDUCATION OF THE CITY OF PERTH AMBOY, APPELLANT.

Submitted October 29, 1937—Decided January 26, 1938.

For the appellant, *Smith & Schwartz.*

For the respondent, *John C. Stockel.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ.   13.

*For reversal*—None.